JOSEPHINE M. RAINVILLE, Respondent, v. NEW YORK TELEPHONE COMPANY, Appellant.— Action to recover damages for personal injuries alleged to have been sustained as the result of a fall upon a claimed " mess of wax " on the floor of defendant's place of business. Plaintiff was a business visitor on the premises. Judgment for the plaintiff and order denying defendant's motion to set aside the verdict and for a new trial reversed on the law and the facts and a new trial granted, with costs to abide the event. The finding of liability is against the weight of evidence. Furthermore, it was error to permit certain witnesses, who were jurors at the former trial, to testify to the appearance, at the time of that trial, of an exhibit not produced at the second trial, which testimony was the result of their observation and examination in the jury room. The testimony of how other persons apply wax in their business was not admissible. Lazansky, P. J., Hagarty and Adel, JJ., concur; Johnston and Close, JJ., concur in result.

LOUIS RIZZORO, Respondent, v. MARIA FRANCESCA RIZZORO, Respondent. ROSE F. ALOISI, Appellant.— Order denying appellant's motion for leave to intervene in a matrimonial action, to vacate a final judgment of divorce entered nunc pro tunc, and for further relief affirmed, with one bill of ten dollars costs and disbursements to respondents. No opinion. Hagarty, Carswell, Adel and Taylor, JJ., concur; Lazansky, P. J., concurs upon the ground that the appellant has no standing in the action, but is of the opinion, however, that the Special Term had no power to direct the entry of judgment nunc pro tunc.

MARY G. STEPHENS, Respondent, v. NORTH BRITISH & MERCANTILE INSURANCE COMPANY, LIMITED, Appellant. (Appeal No. 1.) — Appeal by defendant from an order denying its motion for an order directing that a commission issue to take the testimony upon written interrogatories of Theodore Zoumpoulakis, residing in Athens, Greece, as a witness for the defendant, and for a stay of the trial of this action pending the return of the deposition duly executed. Order reversed on the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. In our opinion the discretion vested in the learned Special Term was not exercised properly, for the record discloses a proper case for the issuance of the commission sought and for a stay of the trial pending such return. Lazansky, P. J., Hagarty, Adel and Taylor, JJ., concur; Carswell, J., not voting.

MARY G. STEPHENS, Appellant, v. NORTH BRITISH & MERCANTILE INSURANCE COMPANY, LIMITED, Respondent. (Appeal No. 2.) — Appeal by plaintiff from so much of an order as grants defendant's motion for an examination before trial of plaintiff's assignor, Peter J. Floros, and for the production at that examination of certain books, records and writings. Order, in so far as appealed from, affirmed, with ten dollars costs and disbursements, the examination to proceed on five days' notice. No opinion. Lazansky, P. J., Hagarty, Adel and Taylor, JJ., concur; Carswell, J., not voting.